# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−33857−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kishia M. Norment
   836 Webster Pl
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−4120

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 25, 2018.

On 12/24/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:              February 7, 2019
Time:              08:30 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 26, 2018
JAN: ntp

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                        Case No. 16-33857-VFP
Kishia M. Norment                                             Chapter 13
     Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Dec 26, 2018
                               Form ID: 185             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2018.
db             +Kishia M. Norment,    836 Webster Pl,    Plainfield, NJ 07060-2606
516549957      +Aristacare at Norwood Terrace,    40 Norwood Ave,    Plainfield, NJ 07060-1324
516549958      +Bank Of America,    P.O Box 31785,    Tampa, FL 33631-3785
516549959      +Capital One Auto Finan,    Po Box 259407,    Plano, TX 75025-9407
516549961      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516549964     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit,    P.O Box 5855,    Carolstream, IL 60197)
516684014      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2018 00:31:24      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2018 00:31:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 27 2018 00:33:27
                 Capital One Auto Finance,    a division of Capital One, NA,    PO Box 165028,
                 Irving, TX 75016-5028
516762495       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 27 2018 00:33:37
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
516571267      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 27 2018 00:34:33
                 Capital One Auto Finance,    c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave, Dept APS,
                 Oklahoma City, OK 73118-7901
516549960      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 27 2018 00:31:03      Comenity Bank/nwyrk&co,
                 220 W Schrock Rd,    Westerville, OH 43081-2873
516549962      +E-mail/Text: bankruptcy@sccompanies.com Dec 27 2018 00:32:28      Midnight Velvet,
                 1112 7th Ave,    Monroe, WI 53566-1364
516669477       E-mail/PDF: cbp@onemainfinancial.com Dec 27 2018 00:34:16      ONEMAIN FINANCIAL,
                 P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
516549963      +E-mail/PDF: cbp@onemainfinancial.com Dec 27 2018 00:34:16      Onemain Fi,    Po Box 499,
                 Hanover, MD 21076-0499
516782717       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 27 2018 00:34:02
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
516754736      +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 27 2018 00:31:36      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516556835       E-mail/Text: bnc-quantum@quantum3group.com Dec 27 2018 00:31:12
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
516556833       E-mail/Text: bnc-quantum@quantum3group.com Dec 27 2018 00:31:12
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
516549965      +E-mail/Text: bnc-bluestem@quantum3group.com Dec 27 2018 00:31:57      Webbank/fingerhut,
                 6250 Ridgewood Roa,    Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2               User: admin              Page 2 of 2                  Date Rcvd: Dec 26, 2018
                                   Form ID: 185             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2018 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Hilldale Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Hilldale Trust rsolarz@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Kishia M. Norment rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Sindi   Mncina    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Hilldale Trust smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```