Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−33857−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kishia M. Norment
   836 Webster Pl
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−4120

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/8/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 8, 2019
JAN: rah

        Jeanne Naughton
        Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 16-33857-VFP
Kishia M. Norment                                               Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: May 08, 2019
                              Form ID: 148             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
db             +Kishia M. Norment,    836 Webster Pl,    Plainfield, NJ 07060-2606
516549957      +Aristacare at Norwood Terrace,    40 Norwood Ave,    Plainfield, NJ 07060-1324
516549959      +Capital One Auto Finan,    Po Box 259407,    Plano, TX 75025-9407
516684014      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 09 2019 00:22:05      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 09 2019 00:22:02      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: AISACG.COM May 09 2019 03:48:00      Capital One Auto Finance,
                 a division of Capital One, NA,    PO Box 165028,    Irving, TX 75016-5028
516762495       EDI: AIS.COM May 09 2019 03:48:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,   Oklahoma City, OK 73124-8838
516549958      +EDI: BANKAMER.COM May 09 2019 03:48:00      Bank Of America,    P.O Box 31785,
                 Tampa, FL 33631-3785
516571267      +EDI: AISACG.COM May 09 2019 03:48:00      Capital One Auto Finance,
                 c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave, Dept APS,
                 Oklahoma City, OK 73118-7901
516549960      +EDI: WFNNB.COM May 09 2019 03:48:00      Comenity Bank/nwyrk&co,    220 W Schrock Rd,
                 Westerville, OH 43081-2873
516549961      +EDI: TSYS2.COM May 09 2019 03:48:00      Dsnb Macys,   9111 Duke Blvd,    Mason, OH 45040-8999
516549962      +EDI: CBS7AVE May 09 2019 03:48:00      Midnight Velvet,    1112 7th Ave,   Monroe, WI 53566-1364
516669477       EDI: AGFINANCE.COM May 09 2019 03:48:00      ONEMAIN FINANCIAL,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
516549963      +EDI: AGFINANCE.COM May 09 2019 03:48:00      Onemain Fi,   Po Box 499,    Hanover, MD 21076-0499
516782717       EDI: PRA.COM May 09 2019 03:48:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.A.,    POB 41067,   Norfolk VA 23541
516754736      +EDI: JEFFERSONCAP.COM May 09 2019 03:48:00      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
516556835       EDI: Q3G.COM May 09 2019 03:48:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
516556833       EDI: Q3G.COM May 09 2019 03:48:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
516549964       EDI: TFSR.COM May 09 2019 03:48:00      Toyota Motor Credit,    P.O Box 5855,
                 Carolstream, IL 60197
516549965      +EDI: BLUESTEM May 09 2019 03:48:00      Webbank/fingerhut,    6250 Ridgewood Roa,
                 Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 17

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Hilldale Trust dcarlon@kmllawgroup.com,
                bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: May 08, 2019
                              Form ID: 148             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust rsolarz@kmllawgroup.com
          Robert C. Nisenson     on behalf of Debtor Kishia M. Norment rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
          Sindi  Mncina     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                               TOTAL: 8